UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SUSAN HERBERT,

          Plaintiff,

vs.                                                  Case No.  3:07-cv-964-J-33TEM

THE UNITED STATES OF AMERICA,  et al.,

          Defendants.
_____/

**<u>ORDER</u>**

      This cause comes before the Court pursuant to United States Magistrate Judge Thomas E. Morris' Report and Recommendation (Doc. #9), entered on November 1, 2007, recommending that Herbert's motion to proceed in forma pauperis (Doc. #4) be denied, and that Herbert's Complaint (Doc. #1) be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), because the allegations contained in her complaint are frivolous.  As of the date of this Order, Herbert has not filed an objection to the report and recommendation.

      After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro

Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the Report and Recommendation (Doc. #9) of United States Magistrate Judge Thomas E. Morris.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Judge Thomas E. Morris' Report and Recommendation (Doc. #9) is **ACCEPTED** and **ADOPTED.**

2. Herbert's motion to proceed in forma pauperis (Doc. #4) is **DENIED**.

3. Herbert's Complaint (Doc. #2) is **DISMISSED**.

4. The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 23rd day of November, 2007.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record
All Pro Se Parties